IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KELLY RATZLOFF, as daughter and
on behalf of the heirs at law of ANITA
BENZ, deceased,

       Plaintiff,

v.

KANSAS HIGHWAY PATROL,
JUSTIN DOBLER, JEREMY CLINE
and LEONARD PELTON,

       Defendants.

Case No: 2:23-CV-02098

## DESIGNATION OF PLACE OF TRIAL

Pursuant Local Rule 40.2(a), Plaintiff Kelly Ratzloff requests trial in Kansas City, Kansas.

Respectfully submitted,

JOSEPH, HOLLANDER & CRAFT LLC
By: ___*/s/ Andrew J. Goodwin*___
Andrew J. Goodwin (25819)
agoodwin@josephhollander.com
Matthew A. Johnston (78931)
mjohnston@josephhollander.com
926 Cherry Street, Suite 200
Kansas City, Missouri 64106
T: (816) 297-0800
F: (816) 787-1379
*Attorneys for Plaintiff Kelly Ratzloff*